UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

LAWRENCE MURRELL JR., :
   Petitioner :
 :
 : CASE NO. 1:13-CV-2573
v. :
 : (Judge Caldwell)
SUPERINTENDENT NANCY GIROUX, :
   Respondent :

*O R D E R*

AND NOW, this 23rd day of January, 2018, in accord with the accompanying memorandum, it is ORDERED that:

(1) An evidentiary hearing will be held regarding the following three claims in Lawrence Murrell Jr.'s petition for habeas corpus pursuant to 28 U.S.C. § 2254:

   a. Ground "A" (ineffective assistance of trial counsel for failure to call character witnesses)

   b. Ground "B" (ineffective assistance of trial counsel for failure to impeach McCauley regarding potential favorable treatment in exchange for cooperation)

   c. Ground "F" (ineffective assistance of trial counsel for failure to impeach and provide exculpatory evidence regarding absence of motive)

(2) The Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent Petitioner in the above-captioned case pursuant to 18 U.S.C. § 3006A. See 18 U.S.C. § 3006A(a)(2)(B).

(3) The evidentiary hearing will be scheduled as soon as practicable by further order.

                                              /s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge